# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Larry Wayne Aiken**,**<br><br>Plaintiff(s),<br><br>vs.<br><br>Peter Adolf, et al**,**<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:20-cv-00007-FDW |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2020 Order.

April 20, 2020

Frank G. Johns, Clerk
United States District Court